# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENGIZ SENGEL, an Individual,, <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., a foreign corporation, and DOES 1 through 25, inclusive, <br><br> Defendant. | CASE NO. CV 10-01547 DDP (JEMx) <br><br> Location: Department 3 <br> Judge:   Honorable Dean D. Pregerson <br><br> ***DISCOVERY MATTER*** <br><br> Hon. John E. McDermott <br> (U.S. Magistrate Judge) <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR STIPULATED PROTECTIVE ORDER** <br><br> Fed. R. Civ. P. 26(c); L.R. 7-1 <br><br> Action Filed: December 29, 2009 <br> Trial Date:   None set |

Mitchell Silberberg & Knupp LLP

2830999.1

[PROPOSED] ORDER GRANTING REQUEST FOR STIPULATED PROTECTIVE ORDER

# COURT ORDER

Plaintiff Cengiz Sengel and Defendant Yahoo! Inc. (collectively, "the Parties") have stipulated to a Proposed Protective Order, as described in their "Stipulated Protective Order," (the "Stipulation") filed with this Court on August 18, 2010.

**GOOD CAUSE HAVING BEEN SHOWN** this Court hereby grants the parties' request for a Protective Order, and orders that the Protective Order shall be as set forth in the Stipulation.

IT IS SO ORDERED.

DATED: August 23, 2010

*/s/John E. McDermott*
UNITED STATES MAGISTRATE JUDGE